

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00217-CV

JAMES ROY BRADSHAW, AS TRUSTEE FOR
THE ROBERT MEEKS 1998 TRUST, APPELLANT

V.

G&T FARMS, LLC AND GREG FOSTER D/B/A
FOSTER REAL ESTATE, APPELLEES

On Appeal from the 69th District Court
Hartley County, Texas
Trial Court No. 4706H, Honorable Ron Enns, Presiding

January 12, 2018

## CONCURRING OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

The majority concludes that certain handwritten modifications made by Appellee, G&T Farms, LLC, to the *Farm and Ranch Contract* presented to G&T by Appellant, James Bradshaw, as Trustee for the Robert Meeks 1998 Trust, concerning the purchase and sale of 1,845 acres in Hartley County, Texas, were not material to the contract and did not, therefore, constitute a rejection of Bradshaw's original offer of purchase. I respectfully disagree with that conclusion. However, because I reach the same ultimate

result based on my conclusion that Bradshaw's partial performance of the contract constituted an acceptance of G&T's counter-offer, I concur in the conclusion of this court that an enforceable contract was entered into by the parties. Having concluded that a contract was entered into by the parties, I concur in all other portions of the majority opinion.


Patrick A. Pirtle
Justice